IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AMR RESOURCES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>QUBE-MRS, LLC and KEVIN GARLAND,<br><br>    Defendants. | CAFN 2:22-CV-00199-RWS |

## ANSWER

COME NOW Defendants Qube-MRS, LLC and Kevin Garland and file their Answer to the Complaint filed by AMR Resources, LLC, showing the Court the following:

1.

Since the allegations of Paragraph 1 are not directed at Defendants, no response is required of Defendants.

2.

Since the allegations of Paragraph 2 are not directed at Defendants, no response is required of Defendants.

3.

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 3 of the Complaint and accordingly deny said allegations.

4.

Defendants admit the allegations of Paragraph 4 of the Complaint.

5.

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 5 of the Complaint and accordingly deny said allegations.

6.

Defendants admit the allegations of Paragraph 6 of the Complaint.

7.

Defendants admit the allegations of Paragraph 7 of the Complaint.

8.

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 8 of the Complaint and accordingly deny said allegations.

9.

Defendants admit the allegations of Paragraph 9 of the Complaint.

10.

Defendants admit the allegations of Paragraph 10 of the Complaint.

11.

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 11 of the Complaint and accordingly deny said allegations.

12.

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 12 of the Complaint and accordingly deny said allegations.

13.

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 13 of the Complaint and accordingly deny said allegations.

14.

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 14 of the Complaint and accordingly deny said allegations.

15.

Defendants deny the allegations of Paragraph 15 of the Complaint.

16.

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 16 of the Complaint and accordingly deny said allegations.

17.

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 17 of the Complaint and accordingly deny said allegations.

18.

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 18 of the Complaint and accordingly deny said allegations.

19.

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 19 of the Complaint and accordingly deny said allegations.

20.

Defendants deny the allegations of Paragraph 20 of the Complaint.

21.

Defendants deny the allegations of Paragraph 21 of the Complaint.

22.

Defendants deny the allegations of Paragraph 22 of the Complaint.

23.

Defendants deny the allegations of Paragraph 23 of the Complaint.

24.

Defendants deny the allegations of Paragraph 24 of the Complaint.

25.

Defendants deny the allegations of Paragraph 25 of the Complaint.

26.

Defendants deny the allegations of Paragraph 26 of the Complaint.

27.

Defendants deny the allegations of Paragraph 27 of the Complaint.

28.

Defendants deny the allegations of Paragraph 28 of the Complaint.

29.

Defendants deny the allegations of Paragraph 29 of the Complaint.

30.

Defendants deny the allegations of Paragraph 30 of the Complaint.

31.

Defendants deny the allegations of Paragraph 31 of the Complaint.

32.

Defendants hereby reallege and incorporate by reference their responses to Paragraphs 1 through 31 of the Complaint as if each such response were set forth fully herein.

33.

Defendants deny the allegations of Paragraph 33 of the Complaint.

34.

Defendants deny the allegations of Paragraph 34 of the Complaint.

35.

Defendants deny the allegations of Paragraph 35 of the Complaint.

36.

Defendants deny the allegations of Paragraph 36 of the Complaint.

37.

Defendants deny the allegations of Paragraph 37 of the Complaint.

38.

Defendants deny the allegations of Paragraph 38 of the Complaint.

39.

Defendants deny the allegations of Paragraph 39 of the Complaint.

40.

Defendants deny the allegations of Paragraph 40 of the Complaint.

41.

Defendants deny the allegations of Paragraph 41 of the Complaint.

42.

Defendants hereby reallege and incorporate by reference their responses to Paragraphs 1 through 41 of the Complaint as if each such response were set forth fully herein.

43.

Defendants deny the allegations of Paragraph 43 of the Complaint.

44.

Defendants deny the allegations of Paragraph 44 of the Complaint.

45.

Defendants deny the allegations of Paragraph 45 of the Complaint.

46.

Defendants deny the allegations of Paragraph 46 of the Complaint.

47.

Defendants deny the allegations of Paragraph 47 of the Complaint.

Defendants deny all allegations of the Complaint not expressly admitted herein and reserve such other defenses of law and fact as may become apparent during the pendency of this Action.

WHEREFORE, having fully answered the Complaint filed by Plaintiff, Defendant requests that:

(a) the Court inquire into and sustain their defenses and enter judgment in favor of them and against Plaintiff;

(b) the Court dismiss the Complaint in its entirety and deny all relief sought therein;

(c) Plaintiff take nothing;

(d) Plaintiff bear all costs of this Action; and

(e) the Court grant Defendants such other and further relief as the Court deems just and proper.

Submitted as of October 20, 2022.

                                        LARRY C. OLDHAM, P.C.

                                        /s/ Larry C. Oldham
                                        Larry C. Oldham
                                        Georgia State Bar No. 551455
                                        Attorneys for Defendants

416 Pirkle Ferry Road
Suite K-500
Cumming, Georgia 30040
(770) 889-8557 (phone)

**CERTIFICATE OF SERVICE**

By signing in the space provided above, I hereby certify that I have presented the within and foregoing pleading to the Clerk of the Court for filing and uploading to the Court's CM/ECF system, which will automatically send email notification to the following attorneys of record: (i) Ivy N. Cadle; and (ii) Larry C. Oldham. Ms. Cadle's service address is as follows:

>Ivy N. Cadle, Esq.
>Sarah M. Carrier, Esq.
>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
>3414 Peachtree Road
>Monarch Plaza, Suite 1500
>Atlanta, Georgia  30326
>icadle@bakerdonelson.com