# BAKER DONELSON

MONARCH PLAZA · 3414 PEACHTREE ROAD, N.E. · SUITE 1600 · ATLANTA, GEORGIA 30326 ·
404.577.6000 · bakerdonelson.com

IVY N. CADLE
**Direct Dial**: 478-972-2503
**E-Mail Address**: icadle@bakerdonelson.com

July 26, 2023

Hon. Steve C. Jones
United States District Judge
c/o Pamela Wright, Courtroom Deputy
1967 Richard B. Russell Federal Building and United States Courtroom
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

>       RE:     AMR Resources, LLC. V. QUBE-MRS, LLC and Kevin Garland
>               Unites States District Court for the Northern District of Georgia
>               Civil Action No. 2:22-cv-00199-SCJ
>
>               Atlanta Heat Associates, P.C. v. Inphynet Contracting Services, LLC
>               United States District Court for the Northern District of Georgia
>               Civil Action No. 1:23-cv-00998-SCJ

Dear Ms. Wright:

The undersigned in the above-referenced case hereby requests a leave of absence for the following dates:

1. August 23-25, 2023; September 25-26, 2023; October 26-27, 2023; and November 3, 2023 for client meetings and out-of-town meetings.

A leave of absence is requested from trials, hearings, depositions, and other legal proceedings that might be scheduled in this matter as specified in Rule 83.1(E)(4) of the Local Rules of the Northern District of Georgia.

Thank you for your consideration of this matter.

>                       Best regards,
>                       BAKER DONELSON
>
>                       *Ivy N Cadle*
>                       Ivy N. Cadle

INC/vlh

4876-2259-6978

ALABAMA · FLORIDA · GEORGIA · LOUISIANA · MARYLAND · MISSISSIPPI · NORTH CAROLINA ·
SOUTH CAROLINA · TENNESSEE · TEXAS · VIRGINIA · WASHINGTON, D.C.