UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AMR RESOURCES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>QUBE-MRS, LLC and<br>KEVIN GARLAND,<br><br>Defendants. | CIVIL ACTION FILE NO.:<br>2:22-CV-00199-SCJ<br><br><br><br><br><br>JURY TRIAL DEMANDED |

## RULE 41 STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff AMR RESOURCES, LLC ("Plaintiff") and Defendants QUBE-MRS, LLC AND KEVIN GARLAND ("Defendants") stipulate to the dismissal of this action and Plaintiff's claims against Defendants. A proposed Order has been prepared for the Court's convenience.

Respectfully submitted on August 22, 2023.

| | |
|---|---|
| */s/ Ivy N. Cadle*<br>Ivy N. Cadle<br>Georgia Bar No. 353227<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ, PC<br>3414 Peachtree Road, NE, Suite 1500 | */s/ Larry C. Oldham with permission*<br>Larry C. Oldham<br>Georgia Bar No. 551455<br>416 Pirkle Ferry Road, Suite K-500<br>Cumming, Georgia 30040<br>Telephone: 770-889-8557 |

1

Atlanta, Georgia 30326  
Telephone: 404-577-6000  
Facsimile: 404-221-6501  
icadle@bakerdonelson.com

*Attorneys for Plaintiff*

larryoldham@lcopc.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification to the following counsel of record:

Larry C. Oldham
416 Pirkle Ferry Road, Suite K-500
Cumming, Georgia 30040
larryoldham@lcopc.com
*Attorneys for Defendants*

Respectfully submitted on August 22, 2023.

                                                 **BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

                                                 */s/ Ivy N. Cadle*
Ivy N. Cadle
Georgia Bar No. 353227
icadle@bakerdonelson.com

*Attorneys for Plaintiff*