UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AMR RESOURCES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>QUBE-MRS, LLC and<br>KEVIN GARLAND,<br><br>Defendants. | CIVIL ACTION FILE NO.:<br>2:22-CV-00199-SCJ<br><br><br><br>JURY TRIAL DEMANDED |

## **ORDER GRANTING STIPULATION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff AMR RESOURCES, LLC ("Plaintiff") and Defendants QUBE-MRS, LLC AND KEVIN GARLAND ("Defendants") stipulate to the dismissal of this action and Plaintiff's claims against Defendants. The dismissal is granted and hereby ordered.

Entered on _____, 2023.

IT IS SO ORDERED.

_____
Honorable Steve C. Jones
United States District Judge